Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Nate L. Dilger (Bar No.196203)
ndilger@onellp.com
ONE LLP
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081

JS-6

Attorney for Plaintiff Network Signatures, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

|  |  |
|---|---|
| Network Signatures. Inc., <br><br> Plaintiff, <br><br> v. <br><br> American Airlines, Inc. <br><br> Defendant. | Case No. SACV 11-187-JVS (MLGx) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS SO ORDERED:

All claims or causes of action asserted in this suit between Plaintiff, Network Signatures, Inc., and Defendant, American Airlines, Inc., are hereby dismissed with prejudice.

It is further ordered that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated:  March 24, 2011

_____
Hon. James V. Selna
United States District Judge

18528.1

**[PROPOSED] ORDER**